Matthew L. Johnson (6004)
mjohnson@mjohnsonlaw.com
Russell G. Gubler (10889)
rgubler@mjohnsonlaw.com
Matthew R. Carlyon (12181)
mcarlyon@mjohnsonlaw.com
JOHNSON & GUBLER, P.C.
Lakes Business Park
8831 West Sahara Avenue
Las Vegas, Nevada 89117
P (702) 471-0065 / F (702) 471-0075

E-Filed: January 14, 2014

*Attorneys for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

HSK CONSULTANTS, LLC,

Debtor.

Case No.: BK-S-13-18955-MKN
Chapter 7

Date of Hearing: February 19, 2014
Time of Hearing: 2:30 p.m.

### DECLARATION OF DAVID BUNEVACZ IN SUPPORT OF DEBTOR, HSK CONSULTANTS, LLC's MOTION TO DISMISS CHAPTER 7 BANKRUPTCY CASE

DAVID BUNEVACZ declares and states under penalty of perjury as follows:

1. My name is David Bunevacz. I am over eighteen years of age, and am competent to testify regarding the facts set forth in this declaration.

2. I am the founder and CEO of HSK Consultants, LLC and I own 100% of its shares.

3. HSK was established in 2010. HSK specializes in consulting with companies with assistance in executing business transactions for products and investors.

4. On September 12, 2012, Oceanus Trading ["Oceanus"] entered into a contract (the "Contract") with HSK.

5. On or about November 8, 2012, Oceanus failed to make payment to HSK, therefore, HSK did not deliver its part of the deal.

6. On or about February 19, 2013, Oceanus filed a complaint against HSK for breach of contract. This case matter is filed with the Superior Court of California, County

of Los Angeles, Case Number MC024102.

7.  On or about October 22, 2013 (the "Petition Date"), HSK filed for bankruptcy protection after Oceanus served a Complaint against the Debtor.

8.  Since the Bankruptcy Case was filed, Debtor has reached a settlement with Oceanus. As a result, the Debtor has reached a settlement agreement with Oceanus and this case may be closed.

9.  No outstanding issues remain, and therefore, Debtor no longer requires the protection of this Court and to dismiss this Chapter 7 petition at this time.

/s/David Bunevacz
David Bunevacz
CEO of HSK Consultants, LLC